THOMAS W. DINKINS, Appellant, *v.* L. LAWRENCE WEBER et al., Respondents.

*Dinkins* v. *Weber,* 129 App. Div. 903, affirmed.
(Argued February 23, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action on contract.

*Charles Goldzier* and *Louis J. Vorhaus* for appellant.

*George Edwin Joseph* and *Leon Laski* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE JJ.

---

GEORGE F. TROUTWINE, Appellant, *v.* FRANCIS L. HOFF, Respondent.

*Troutwine* v. *Hoff,* 126 App. Div. 556, affirmed.
(Argued February 24, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1908, modifying and affirming as modified a judgment for nominal damages in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover for an alleged breach of contract.

*Frank C. Wood* for appellant.

*H. D. Wright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.